259 So.2d 922

**STATE of Louisiana ex rel. Joseph BROWN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52341.**

April 11, 1972.

Since the trial judge has ordered a hearing on the applicant's petition, the application to this Court for mandamus is now moot.